UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

   - v. -

LOUIS VEGA,
 a/k/a "Lou,"
LUIS RIVERA,
 a/k/a "Papo,"

    Defendants.

- - - - - - - - - - - - - - - - x

*USDC DOCUMENT ELECTRONICALLY FILED DOC #: JUN 2 1 2007*

**APPLICATION AND UNSEALING ORDER**

07 Cr. 481

   The United States of America, by Michael J. Garcia, United States Attorney for the Southern District of New York, and Rua M. Kelly, Assistant United States Attorney, of counsel, hereby makes this application to this Court for an Order: (1) to unseal the Indictment in the above-captioned matter; and (2) to make publicly available a copy of the Indictment.

          MICHAEL J. GARCIA
          United States Attorney
          Southern District of New York

    By: _____
          Rua M. Kelly
          Assistant United States Attorney
          Southern District of New York
          (212) 637-2471

IT IS SO ORDERED:

Dated: New York, New York
    June __, 2007

         _____
         UNITED STATES MAGISTRATE JUDGE
         SOUTHERN DISTRICT OF NEW YORK

         DOUGLAS F. EATON
0293       UNITED STATES MAGISTRATE JUDGE
         SOUTHERN DISTRICT OF NEW YORK