

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 30, 2007

```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____      │
│ DATE FILED: JUL 3 0 2007    │
└─────────────────────────────┘
```

**By fax**

The Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Application GRANTED. The conference is adjourned to
9/6/07 at 3:30 pm in Courtroom 20C

SO ORDERED:

*[signature]*

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Re:   United States v. Luis Rivera, 07 Cr. 481 (PAC)

Dear Judge Crotty:

The parties respectfully request that the pre-trial conference in the above-captioned matter be adjourned so that the defendant can have additional time to review discovery materials produced by the Government. Although the Government expected to be able to produce the bulk of discovery in this case by early July, initial discovery was not sent to defense counsel until Friday, July 27th. The Government apologizes for any inconvenience to the Court; we endeavored to obtain the materials in a timely fashion but were unsuccessful in getting the materials until last week. The parties are available for a conference any date after September 4, 2007. (Defense counsel will be unavailable the last two weeks of August.)

Thank you in advance for your time and consideration.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: *[signature]*
Rua M. Kelly
Assistant United States Attorney
(212) 637-2471

cc:   Gary Becker, Esq.
      *Counsel for defendant Luis Rivera*

**MEMO ENDORSED**