UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :
        - v. -                   :
                                 :      ORDER
LUIS RIVERA                      :
                                 :      07 Cr. 481 (PAC)
                                 :
        Defendant.               :
                                 :
                                 :
- - - - - - - - - - - - - - - - x

*USDS SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: AUG 0 1 2007*

     Upon the application of the United States of America, by and through Assistant United States Attorney Rua M. Kelly, and with the consent of the defendant, by and through his counsel Gary G. Becker, Esq., it is hereby ORDERED that the time between today's date and September 6, 2007, the date of the next pre-trial conference, is excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice. The granting of such a continuance best serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial, because it allows the defendant time to review discovery and to determine what, if any, motions will be made.

Dated:   New York, New York
        July 31, 2007

                                        /s/ Paul A. Crotty
                                      UNITED STATES DISTRICT JUDGE