UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------- X

UNITED STATES OF AMERICA          :
                                  :
        - v.-                     :   **ORDER**
                                  :
LUIS RIVERA, a/k/a "Papo,"        :
                                  :   07 Cr. 481
            Defendant.            :
                                  :

------------------- X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 1 9 2007
```

The Court finds Luis Rivera indigent pursuant to 18 U.S.C. Section 4285 and directs that the United States Marshal arrange and pay for his transport to O'Hare International Airport in Chicago after his court date today, December 18, 2007.

IT IS SO ORDERED:

Dated: New York, New York
       December 18, 2007

_____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK