P.002

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 0 5 2008

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York  10007*

February 4, 2008

**By fax**

The Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

Re:  United States v. Luis Rivera, 07 Cr. 481 (PAC)

Dear Judge Crotty:

    This matter is scheduled for a pre-trial conference on February 6, 2008. Over the past several weeks, the Government and defense counsel have been engaged in discussions regarding the terms of a plea agreement. The parties are in agreement that Mr. Rivera may be eligible for sentencing relief under the "safety valve" and defense counsel has asked the Government to schedule the "safety valve" proffer in advance of entering into a plea agreement, in light of the applicable 10-year mandatory minimum sentence absent this form of relief.

    Accordingly, the parties respectfully request that this court adjourn the pre-trial conference to the week of February 25, 2008 at a time convenient for the Court. In the interim, defense counsel will be making arrangements with the United States Marshal Service to transport Mr. Rivera to this District during the week of February 11, 2008 for the "safety valve" proffer. The parties believe that the adjournment will give the parties sufficient time to complete the plea discussions, and further, will allow the Government sufficient time to assess whether Mr. Rivera has proffered credible information showing that he is eligible for "safety valve" relief. It is our expectation that at the next pre-trial conference, the defendant will enter a plea or elect a trial.

    Thank you in advance for your time and consideration.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Rua M. Kelly
Assistant United States Attorney
(212) 637-2471

cc: Gary Becker, Esq.

**MEMO ENDORSED**

Application GRANTED. The conference is adjourned to 2/26/08 at 3:30 PM in Courtroom 20C. It is further that pursuant to 18 U.S.C. 3161 (b) (8) (A), the time from 2/6/08 until 2/26/08 is excluded in the interest of justice. I find that this exclusion outweighs the best interest of the defendant and the public in a speedy trial. So Ordered.

SO ORDERED: FEB 0 5 2008

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

TOTAL P.002