LAW OFFICES OF

# GARY G. BECKER, L.L.C.

200 WEST 57TH STREET · SUITE 900

NEW YORK, NEW YORK 10019

(212) 981-1980                                                                FACSIMILE: (212) 214-0901
                                                                              ggbeckerlaw@aol.com

February 7, 2008

**BY FACSIMILE**

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/08
```

**MEMO ENDORSED**

Re: *United States v. Luis Rivera, 07 Cr. 481 (PAC)*

Dear Judge Crotty:

I write on behalf of Luis Rivera to respectfully request that your Honor direct the United States Marshals Service to arrange for his transportation to, and overnight accommodations in, the Southern District of New York for his upcoming safety valve session with the United States Attorney's Office.

Mr. Rivera lives in Chicago, Illinois. At the time of his arraignment, he was found indigent by the Court, and he continues to be indigent today. By letter dated February 4, 2008, Assistant United States Attorney Rua Kelly informed the Court that my office would be making arrangements with the United States Marshals Service, pursuant to 18 U.S.C. §4285, to transport Mr. Rivera from Chicago to this district during the week of February 11, 2008, for a "safety valve" proffer. I have since learned, however, that the Marshals Service's interpretation of §4285 allows for transport only to court appearances, and not to meetings with the government. As Mr. Rivera intends to proffer in anticipation of resolving his case, and has no other means of paying for his transportation to the district, he respectfully requests that, given the circumstances, the Marshals Service be directed to make these necessary arrangements.

LAW OFFICES OF
GARY G. BECKER, L.L.C.

Honorable Paul A. Crotty
February 7, 2008
Page 2

I thank the Court for its consideration.

Respectfully submitted,

Gary G. Becker

cc:  Rua M. Kelly, AUSA

SO ORDERED: 2/8/08

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE