UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

UNITED STATES OF AMERICA

        -v.-

LUIS RIVERA,

        Defendant.

------------------------------------------------------X

ORDER

07 Cr. 481 (PAC)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 13 2008

The Court finds Luis Rivera indigent pursuant to 18 U.S.C. Section 4285 and directs that the United States Marshal arrange and pay for his transport to O'Hare International Airport in Chicago, Illinois, after his safety valve proffer session on Wednesday, February 13, 2008.

IT IS SO ORDERED:

Dated: New York, New York
       February _13_, 2008

_____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

LAW OFFICES OF
# GARY G. BECKER, L.L.C.
200 WEST 57TH STREET · SUITE 900
NEW YORK, NEW YORK 10019

(212) 981-1980

FACSIMILE: (212) 214-0901
ggbeckerlaw@aol.com

February 12, 2008

**BY FACSIMILE**

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  *Re: United States v. Luis Rivera, 07 Cr. 481 (PAC)*

Dear Judge Crotty:

  Because our February 7, 2008, correspondence to the Court seeking an order directing the Marshals Service to pay for Mr. Rivera's transportation from Chicago to New York for a safety valve proffer did not clearly state that the cost of Mr. Rivera's transportation back to Chicago should also be paid, the Marshals Service has declined to arrange for Mr. Rivera's return trip absent a supplemental Order from the Court. Accordingly, I have taken the liberty of preparing a proposed Order, which I respectfully enclose for the Court's consideration.

              Respectfully submitted,

              Gary G. Becker

cc: Rua M. Kelly, AUSA

Enc.