LAW OFFICES OF
# GARY G. BECKER, L.L.C.
200 WEST 57TH STREET · SUITE 900
NEW YORK, NEW YORK 10019

(212) 981-1980

FACSIMILE: (212) 214-0901
ggbeckerlaw@aol.com

```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____    │
│ DATE FILED: FEB 2 1 2008    │
└─────────────────────────────┘
```

February 21, 2008

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

✝Application GRANTED. The conference is adjourned to
3/13/08 at 3:15pm in Courtroom 20-C

SO ORDERED:

*Paul Crotty*

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Re: *United States v. Luis Rivera*
07 Cr. 481 (PAC)

Dear Judge Crotty:

The parties respectfully request that the next ✝conference in this matter, currently scheduled for February 25, 2008 be adjourned to March 13, 2008, at 3:15 p.m., a date and time that your Honor's deputy has advised is convenient for the Court. As the Court will recall, Mr. Rivera is a resident of Illinois who traveled to New York last week to participate in a safety valve proffer with the government. The parties did meet but due to unanticipated time constraints (among other things, Mr. Rivera's arrival in New York was delayed by inclement weather in Chicago and New York) we were not able to conclude our efforts prior to Mr. Rivera's return home. The requested adjournment will permit the government and Mr. Rivera to meet again and hopefully conclude our plea discussions.

*Ms Kelly?*

Mr. Schaefer consents to an ✝exclusion of time under the Speedy Trial Act through March 13, 2008. I thank the Court for its consideration.

Respectfully submitted,

*Gary G. Becker*

Gary G. Becker

cc: Rua Kelly, AUSA

**MEMO ENDORSED**