LAW OFFICES OF
# GARY G. BECKER, L.L.C.
200 WEST 57TH STREET · SUITE 900
NEW YORK, NEW YORK 10019

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 0 4 2008

(212) 981-1980

FACSIMILE: (212) 214-0801
ggbeckerlaw@aol.com

March 4, 2008

**BY FACSIMILE**

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Luis Rivera*, 07 Cr. 481 (PAC)

Dear Judge Crotty:

    I write on behalf of Luis Rivera to respectfully request that your Honor direct the United States Marshals Service to arrange and pay for his round-trip transportation from Chicago to New York, and overnight accommodations while in New York, in connection with his continued safety valve session with the United States Attorney's Office and his required appearance before this Court on March 13, 2008.

    Mr. Rivera lives in Chicago, Illinois. At the time of his arraignment, he was found indigent by the Court, and he continues to be indigent today. Mr. Rivera is scheduled to safety valve proffer to the government on March 12, 2008, and to appear before your Honor on March 13, 2008.

    In order to facilitate the safety valve proffer and the subsequent appearance, we respectfully request that your Honor direct the United States Marshals Service, pursuant to 18 U.S.C. §4285, to (1) arrange and pay for Mr. Rivera's air transportation from Chicago to New York City on March 12, 2008; (2) arrange and pay for one night's hotel accommodations in New York City; and, (3) arrange and pay air transportation from New York City to Chicago on March 13, 2008, following his appearance before this Court.

**MEMO ENDORSED**

Handwritten endorsement:
> March 4, 2008
> The defendant's request is granted. The government [proving?] that Mr. Rivera [resident?] of Chicago was indigent, chose to institute this proceeding in New York. Accordingly, the Government should bear the expense of the defendant's travel to and [from New York?], as well as his stay in New York to conduct his discussions with the Government. The Government [is ordered?] [to pay?] expenses so ordered.
> [signature]
> USDJ

LAW OFFICES OF
GARY G. BECKER, L.L.C.

Honorable Paul A. Crotty
March 4, 2008
Page 2

I thank the Court for its consideration.

Respectfully submitted,

Gary G. Becker

cc:   Rua M. Kelly, AUSA