

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 12, 2008

**By fax**

The Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 13 2008
```

Re:    *United States v. Luis Rivera*, 07 Cr. 481 (PAC)

Dear Judge Crotty:

    This matter is scheduled for a pre-trial conference on March 13, 2008. Attached as Exhibit A is the Court's Order, instructing the United States Marshals Service (the "USMS") to transport Mr. Rivera to tomorrow's conference, as well as the "safety valve" proffer scheduled for today. Unfortunately, the USMS did not timely advise defense counsel of the flight time for Mr. Rivera (we understand there was an internal miscommunication at USMS and the miscommunication was not the fault of defense counsel). As a result, Mr. Rivera was not transported to New York today.

    Accordingly, the parties respectfully request that this court adjourn the pre-trial conference to March 27, 2008 at a time convenient for the Court, and that this Court "so order" Mr. Rivera's transport under the same terms and conditions outlined in Exhibit A. In the interim, the parties will make arrangements with the United States Marshal Service to transport Mr. Rivera to this District on March 26, 2007 for the "safety valve" proffer and for him to return to Chicago after the pre-trial conference. The parties further request that time be excluded under the Speedy Trial Act, codified as Title 18, United States Code, Section 3161, as it is in the interests of justice to do so.

**MEMO ENDORSED**

Application GRANTED. The conference is adjourned to
3/27/08 at 2:00 p.m. in Courtroom 20-C
SO ORDERED: March 13, 2008

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Rua M. Kelly
Assistant United States Attorney
(212) 637-2471

cc:    Gary Becker, Esq.
      *Counsel for defendant Luis Rivera*

# Exhibit A

LAW OFFICES OF
# GARY G. BECKER, L.L.C.
200 WEST 57TH STREET · SUITE 900
NEW YORK, NEW YORK 10019

(212) 961-1980

FACSIMILE: (212) 214-0801
ggbeckerlaw@aol.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 04 2008

March 4, 2008

**BY FACSIMILE**

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Luis Rivera*, 07 Cr. 481 (PAC)

Dear Judge Crotty:

I write on behalf of Luis Rivera to respectfully request that your Honor direct the United States Marshals Service to arrange and pay for his round-trip transportation from Chicago to New York, and overnight accommodations while in New York, in connection with his continued safety valve session with the United States Attorney's Office and his required appearance before this Court on March 13, 2008.

Mr. Rivera lives in Chicago, Illinois. At the time of his arraignment, he was found indigent by the Court, and he continues to be indigent today. Mr. Rivera is scheduled to safety valve proffer to the government on March 12, 2008, and to appear before your Honor on March 13, 2008.

In order to facilitate the safety valve proffer and the subsequent appearance, we respectfully request that your Honor direct the United States Marshals Service, pursuant to 18 U.S.C. §4285, to (1) arrange and pay for Mr. Rivera's air transportation from Chicago to New York City on March 12, 2008; (2) arrange and pay for one night's hotel accommodations in New York City; and, (3) arrange and pay air transportation from New York City to Chicago on March 13, 2008, following his appearance before this Court.

**MEMO ENDORSED**

[Handwritten endorsement:]
March 7, 2008
The defendant's request is granted. The government, [proving] that the defendant's journey to and from Chicago was [indigent], directs [substitute] this [proceeding] in [usefull?] [Accordingly] the Government [obtains] [from the] [expenses] of the defendant's [travel] to [New York] [as well as] his stay in [New] York [to conduct] his [discussion] with the [New York] [Counsel] [The] Government is to be [kept] [informed] of [expenses] [So ordered]
[signature]

LAW OFFICES OF
GARY G. BECKER, L.L.C.

Honorable Paul A. Crotty
March 4, 2008
Page 2

I thank the Court for its consideration.

Respectfully submitted,

Gary G. Becker

cc: Rua M. Kelly, AUSA

TOTAL P.005