LAW OFFICES OF
# GARY G. BECKER, L.L.C.
200 WEST 57TH STREET · SUITE 900
NEW YORK, NEW YORK 10019

(212) 981-1980

FACSIMILE: (212) 214-0901
ggbeckerlaw@aol.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 2 8 2008

April 25, 2008

**BY FACSIMILE**

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Luis Rivera*, 07 Cr. 481 (PAC)

Dear Judge Crotty:

    I am a law clerk in this firm which is assigned counsel to Luis Rivera. Mr. Becker is out of town and has asked me to respectfully request an adjournment of the currently-scheduled May 1, 2008, conference in this matter, to a date in late May, preferably May 28, 29, or 30. This request, made with the consent of the government, is to accord the parties the additional time needed to finalize a plea agreement in this matter. Mr. Rivera consents to an exclusion of time under the Speedy Trial Act through the adjourned date.

    I thank the court for its consideration.

Respectfully submitted,

Terri S. Rosenblatt

cc: Rua Kelly, A.U.S.A.

---

**MEMO ENDORSED**

Application GRANTED. The conference is adjourned to 5/28/08 at 3:00 pm in Courtroom 20C. It is further that pursuant to 18 U.S.C. 3161 (b) (8) (A), the time from 5/1/08 until 5/28/08 is excluded in the interest of justice. I find that this exclusion outweighs the best interest of the defendant and the public is a speedy trial. So Ordered.

SO ORDERED: APR 2 8 2008

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE