LAW OFFICES OF

**GARY G. BECKER, L.L.C.**

200 WEST 57TH STREET · SUITE 900

NEW YORK, NEW YORK 10019

(212) 981-1980

FACSIMILE: (212) 214-0901

ggbeckerlaw@aol.com

```
                    USDS SDNY
                    DOCUMENT
                    ELECTRONICALLY FILED
                    DOC #: _____
                    DATE FILED: MAY 19 2008
```

May 19, 2008

BY FACSIMILE

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re:  *United States v. Luis Rivera*, 07 Cr. 481 (PAC)

Dear Judge Crotty:

   With the consent of the government, I respectfully request that the next conference in this matter, currently scheduled for May 28, 2008, at 3:00 p.m, be adjourned to a date on or after July 21, 2008.

   Mr. Rivera lives in Chicago, Illinois with his wife, Zoraida, who has been diagnosed with ovarian cancer. Mrs. Rivera is scheduled to undergo surgery on May 27, 2008. We request this adjournment so that Mr. Rivera can be with his wife through the duration of the surgery and recovery period.

   The parties believe there likely will be a disposition at the next appearance. Mr. Rivera consents to an exclusion of time under the Speedy Trial Act through the adjourned date.

   I thank the Court for its consideration.

Respectfully submitted,

*Gary G. Becker*

Gary G. Becker

cc:  Rua M. Kelly, AUSA

---

**MEMO ENDORSED**

Application GRANTED. The conference is adjourned to 7/24/08 at 3:30 pm in Courtroom 20-C. It is further that pursuant to 18 U.S.C. 3161 (b) (8) (A), the time from 5/28/08 until 7/24/08 is excluded in the interest of justice. I find that this exclusion outweighs the best interest of the defendant and the public is a speedy trial. So Ordered.

SO ORDERED: MAY 19 2008

*Paul Crotty*

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE