USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 18 2008

LAW OFFICES OF
GARY G. BECKER, L.L.C.
200 WEST 57TH STREET · SUITE 900
NEW YORK, NEW YORK 10019

(212) 981-1980

FACSIMILE: (212) 214-0901
ggbeckerlaw@aol.com

July 17, 2008

**BY FACSIMILE**

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Luis Rivera, 07 Cr. 481 (PAC)*

Dear Judge Crotty:

With the consent of the government, I respectfully request that the next conference in this matter, currently scheduled for July 24, 2008, at 3:30 p.m. be adjourned to a date on or after September 8, 2008.

Mr. Rivera lives in Chicago, Illinois with his wife, Zoraida, who is at home recovering from major surgery for treatment of ovarian cancer. We request this adjournment so that Mr. Rivera, who is his wife's sole care-giver, can be with her during this very difficult post-operative and recovery period. The parties believe there likely will be a disposition at the next appearance. Mr. Rivera consents to an exclusion of time under the Speedy Trial Act through the adjourned date.

Respectfully submitted,

Gary G. Becker

cc: Rua M. Kelly, AUSA

---

**MEMO ENDORSED**

Application GRANTED. The conference is adjourned to 9/10/08 at 4:15 pm in Courtroom 20C. It is further that pursuant to 18 U.S.C. 3161 (b) (8) (A), the time from 7/24/08 until 9/10/08 is excluded in the interest of justice. I find that this exclusion outweighs the best interest of the defendant and the public is a speedy trial. So Ordered.

SO ORDERED JUL 18 2008

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE