LAW OFFICES OF
## GARY G. BECKER, L.L.C.
200 WEST 57TH STREET · SUITE 900
NEW YORK, NEW YORK 10019

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 05 2008
```

(212) 981-1980

FACSIMILE: (212) 214-0901
ggbeckerlaw@aol.com

September 4, 2008

**BY FACSIMILE**

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED. The conference is adjourned to 10/14/08 at 4:30 pm in Courtroom 20C. It is further that pursuant to 18 U.S.C. 3161 (b) (8) (A), the time from 9/10/08 until 10/14/08 is excluded in the interest of justice. I find that this exclusion outweighs the best interest of the defendant and the public is a speedy trial. So Ordered.

SO ORDERED: SEP 05 2008

*/s/ Paul A. Crotty*
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Re: *United States v. Luis Rivera, 07 Cr. 481 (PAC)*

Dear Judge Crotty:

With the consent of the government, I respectfully request that the next conference in this matter, currently scheduled for September 10, 2008, be adjourned to a date on or after October 10, 2008.

Mr. Rivera lives in Chicago, Illinois with his wife, Zoraida, who remains at home after major surgery for treatment of ovarian cancer. Mrs. Rivera is currently undergoing a regimen of chemotherapy, itself quite debilitating. We request this adjournment so that Mr. Rivera, who is his wife's sole care-giver, can continue to be with her during this very difficult time in their lives. The parties believe there likely will be a disposition at the next appearance. Mr. Rivera consents to an exclusion of time under the Speedy Trial Act through the adjourned date.

Respectfully submitted,

*Gary G. Becker*
Gary G. Becker

cc: Rua M. Kelly, AUSA

**MEMO ENDORSED**